✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>TAYLOR, WILLIE D<br>109 SLATE DR<br><br>GRIFFIN, GA 30224 | **Judgment in a Criminal Case**<br>**(For a Petty Offense)** — Short Form<br>CM/ECF Case No. 4:26-PO-00219-AGH<br>Case No.    GM1    E2017450<br>USM No. |

THE DEFENDANT:  TAYLOR, WILLIE D

_____
Defendant's Attorney

☑ **THE DEFENDANT** pleaded guilty to count(s)    1  _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-5-29 | Failure to Carry a License | 04/07/2026 | 1 |

☐   Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court .

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $140.00 | $ 10.00 | $ 100.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.:    1066

06/24/2026
_____
Date of Imposition of Judgment

Defendant's Year of Birth:  1982

*Amelia G. Helmick*
_____
Signature of Judge

City and State of Defendant's Residence:
GRIFFIN, GA

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

06/24/2026
_____
Date